UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRED F. NORMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHN DOE, et al.,<br><br>        Defendants. | Case No. 23-cv-03271-SI<br><br>**JUDGMENT** |

The Court has dismissed this action without prejudice for failure to pay the court filing fee. Judgment shall be entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: September 19, 2023

_____
SUSAN ILLSTON
United States District Judge